ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Laurel Technologies Partnership d/b/a DRS Laurel Technologies | ) ) | ASBCA No. 63946 |
| | ) | |
| Under Contract No. N00253-14-D-0004 et al. | ) | |

APPEARANCES FOR THE APPELLANT:      Edmund M. Amorosi, Esq.
Kathryn T. Muldoon Griffin, Esq.
  Haynes and Boone, LLP
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Scott Reid, Esq.
Adrianne L. Goins, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 14, 2025

_____
JOHN J. THRASHER
  Administrative Judge
  Chairman
  Armed Services Board
  of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63946, Appeal of Laurel Technologies Partnership d/b/a DRS Laurel Technologies, rendered in conformance with the Board's Charter.

Dated:  March 14, 2025

_____
PAULLA K. GATES-LEWIS
  Recorder, Armed Services
  Board of Contract Appeals